**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-000395-NYW

GATEWAY TOWNHOMES ASSOCIATION, INC.,

Plaintiff,
v.

THE TRAVELERS INDEMNITY COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

This matter is before the Court on Motion to Withdraw Jonathan M. Allen as Counsel for Defendant The Travelers Indemnity Company [#16, filed May 1, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Jonathan M. Allen is granted leave to withdraw from the representation of Defendants and is to be removed from the electronic service.

DATED May 7, 2015.