### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

### JUDGE R. BROOKE JACKSON

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: December 10, 2015 |
| Court Reporter: Kara Spitler | Time: 20 minutes |

**CASE NO.  15-cv-00395-RBJ**

| Parties | Counsel |
|---|---|
| **GATEWAY TOWNHOMES ASSOCIATION, INC.,** | Wayne Collins |
| Plaintiff, | |
| vs. | |
| **THE TRAVLERS INDEMNITY COMPANY,** | Jeri Wettestad |
| Defendant. | |

### HEARING ON MOTION TO QUASH

**8:30 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Counsel appear by telephone.

**ORDERED:**  Stipulated Motion for Protective Order [Docket NO. 44], is **DENIED**.

Page Two
15-cv-00395-RBJ
December 10, 2015

**Plaintiff Gateway Townhomes Association, Inc.'s First Amended Motion to Quash Subpoena to Produce Documents Served Upon David Greeson Adjusters, Inc. and/or Motion for Protective Order [Docket No. 41]**

Opening remarks by the Court.

Comments by Ms. Wettestad in response to the Court's questions.

Comments by Mr. Collins in response to the Court's questions.

Comments by the Court.

**ORDERED:** Plaintiff Gateway Townhomes Association, Inc.'s First Amended Motion to Quash Subpoena to Produce Documents Served Upon David Greeson Adjusters, Inc. and/or Motion for Protective Order [Docket No. 41], is **DENIED.**

**ORDERED:** Plaintiff shall turn over the entire file to the defendant, with the exception to any documents the plaintiff believes would be subject to attorney/client privilege on or before **December 22, 2015.** Any documents plaintiff believes would be subject to attorney/client privilege shall be submitted to the Court for in camera review.

**8:50 a.m.     COURT IN RECESS**

**Total in court time:         20 minutes**

**Hearing concluded**